Case 1:03-cv-00041-SS   Document 18   Filed 10/09/03   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2003 OC -9 AM 10: 26

| | |
|---|---|
| SOUTHWEST RECREATIONAL INDUSTRIES, INC. <br> Plaintiff <br><br> vs. <br><br> OMNOVA SOLUTIONS, INC. <br><br> Defendant | CIVIL ACTION NO. A-03-CA-41 <br><br> JURY TRIAL REQUESTED |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Southwest Recreational Industries, Inc. d/b/a SRI Sports, Inc. ("SRI"), and Defendant, Omnova Solutions, Inc. ("Omnova"), file this stipulation of dismissal without prejudice under Federal Rule of Civil Procedure 41(a)(1)(ii).

1. Plaintiff SRI brought this action on December 19, 2002, and moves to dismiss it without prejudice so that the parties may continue settlement negotiations without incurring unnecessary legal expenses.

2. Defendant Omnova, who has filed an answer, consents to dismissal of this action without prejudice.

3. This case is not a class action.

4. A receiver has not been appointed in this action.

5. This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

6. Plaintiff SRI has not previously dismissed an action based on or including the same claims as those presented in this suit.

7. This dismissal is without prejudice to the rights of Plaintiff SRI to refile a new action based on or including the same claims presented in this suit.

18

8. Plaintiff SRI and Defendant Omnova stipulate and agree that each of the parties shall bear their own respective attorney's fees, costs and other expenses incurred to date in connection with this case.

Respectfully submitted,

*Donald J. O'Bell*

DONALD J. O'BELL
SBT No. 15161550

1904 Raleigh Avenue
Austin, Texas 78703
Tel: (512) 472-5080
Fax: (512) 472-5540
**ATTORNEY-IN-CHARGE FOR PLAINTIFF**

*David K. Anderson*

DAVID K. ANDERSON, Esq.
SBT No. 01174100

ANDERSON & CUNNINGHAM, P.C.
1001 Fannin Street, Suite 270
Houston, Texas 77002-6799
Tel.: (713) 655-8400
Fax: (713) 650-8745
**ATTORNEY-IN-CHARGE FOR DEFENDANT**